IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA YBARRA,

    Plaintiff,                      1: 09 CV 01098 OWW MJS (PC)

vs.                            ORDER RE: FINDINGS & RECOMMENDATIONS (#9)

C/O ANDERSON, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On March 9, 2010, findings and recommendations were entered, recommending that Defendants Vantloff, Velasco, Rasmussen and Gerber be dismissed for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 9, 2010, are adopted in full; and

2. Defendants Vantloff, Velasco, Rasmussen and Gerber are dismissed for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

**Dated:   April 23, 2010**              /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE